**UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS**

Dan Howitt,

                    Plaintiff,                                                                     1:24CV12994ADB

v

Athanasios Vorvis,

                    Defendant.

**REPLY TO DEFENDANT'S ANSWER (DOCUMENT 34)**

Of the defendant's answers, the following in concert address them, and often many times:  my complaint; my other filings to the present; and the courts array of responses and orders.

The defendant's answers about the substance of my amended complaint will be demonstrated during discovery as inaccurate.

If the court would like me to address anything of the defendant's answer more specifically, I would do so.

Submitted by,

Dan Howitt, 12/30/25

CERTIFICATE OF SERVICE

Today I served this document to the defendant's attorney Karl Stammen at stammenlaw@gmail.com.

1