**UNITED STATES DISTRICT COURT  |  DISTRICT OF MASSACHUSETTS**

Dan Howitt,

                Plaintiff,                                                                          1:24CV12994ADB

v

Athanasios Vorvis,

                   Defendant.

**SECOND REPLY TO DEFENDANT'S ANSWER (DOCUMENT 34)**

**MOTION FOR LEAVE TO ADD A CAUSE OF ACTION TO COMPLAINT**

The defendant states several times that I did not complete the Zillow rental application, however the defendant, in none of his emails to me, at any stage of my discussions with him, from the outset, to the end, ever mentions, in any way, any rental application, Zillow rental application, and nothing even approximately related.

The defendant has post hoc contrived this claim, and in doing so, engages in a post hoc violation of MGL c151B s4(10).  In my Complaint, I present his pre textual violations of that statute, and now, even in the context of this court, he embarks on a post hoc (or post textual) violation of that statute, and via fraud.

Due to this, I ask the court for leave to file a motion to add a cause of action to my Complaint, namely the above violation.

Submitted by,

*Dan Howitt*

Dan Howitt, 1/5/26
CERTIFICATE OF SERVICE AND LOCAL RULE 7.1 COMPLIANCE:
Today I served by efile this document to the defendant's attorney Karl Stammen at stammenlaw@gmail.com.
I presented the content of this motion to the defendant's attorney on 1/1/26 at 6am and he has not replied.

1