UNITED STATES DISTRICT COURT  |  DISTRICT OF MASSACHUSETTS

Dan Howitt,

Plaintiff,                                                1:24CV12994ADB

v

Athanasios Vorvis,

Defendant.

**MOTION FOR REFERRAL TO MEDIATION**

Both parties are amenable to mediation and this is a motion for referral to the court's mediation department.

Submitted by,

Dan Howitt, 4/1/25
Certificate Of Service: Today I served this document to the defendant's attorney Karl Stammen via efile.
Certificate of Local Rule 7.1 Conference:  Defendant's attorney agreed to mediation.

1