**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Dan Howitt
_____
Plaintiff(s)

V.

Athanasios Vorvis
_____
Defendant(s)

CIVIL ACTION

NO. 1:24-cv-12994-ADB
_____

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Burroughs
_____

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On 5/26/2026 _____ I held the following ADR proceeding:

☐ SCREENING CONFERENCE        ☐ EARLY NEUTRAL EVALUATION

☑ MEDIATION                   ☐ SUMMARY BENCH / JURY TRIAL

☐ MINI-TRIAL                  ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel  [except Dan Howitt _____ ]

The parties were ☑ /were not ☐   present in person or by authorized corporate officer [except

_____ ].

The case was:

☑ Settled.  Your clerk should enter a ___60___ day order of dismissal.

☐ There was progress.  A further conference has been scheduled for _____ unless

the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

5/26/2026
_____
DATE

/s/ Stephanie Garvin
_____

Deputy Clerk        ▾

(ADRReportforpdf.wpd  - 4/12/2000)