UNITED STATES DISTRICT COURT, MASSACHUSETTS

Dan Howitt,

                 Plaintiff,                                  1:24CV12994ADB

v

Athanasios Vorvis,

                 Defendant.

**MOTION TO ATTEND ADR HEARING BY WEBCAM**

      For the same recent reasons, and with the same exhibits, that I asked to attend the recent ADR hearing by webcam, I ask if I could attend this Thursday's hearing by webcam. If the court would like me to file again what I filed before, I ask if I could do so under seal due to the sensitive privileged nature of it.

Submitted by,

Dan Howitt, 6/16/25

Certificate Of Service: Today I served this document to the defendant's attorney Karl Stammen via efile.

1