UNITED STATES DISTRICT COURT,  MASSACHUSETTS

Dan Howitt,

                            Plaintiff,                                                1:24CV12994ADB

v

Athanasios Vorvis,

                            Defendant.

MOTION TO FILE UNDER SEAL ADDITIONAL MEDICAL DOCUMENTS

      Regarding the ADR hearing for 6/18/26, this is a motion to file under seal additional medical

documents.  I am not able to attend in-person the hearing.  I notified the two clerks of this over the last 1.5

weeks in detail.

Submitted by,

*Dan Howitt*

Dan Howitt, 6/17/25
Certificate Of Service: Today I served this document to the defendant's attorney Karl Stammen via efile.

1