## UNITED STATES DISTRICT COURT
### For the
### District of Massachusetts

**Case No. 1:24-CV-12994-ADB**

|  |  |
|---|---|
| **Dan Howitt** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
|  | ) |
| **V.** | ) |
|  | ) |
| **Athanasios Vorvis** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

## DEFENDANT'S MOTION TO RESCHEDULE THE ADR STATUS CONFERENCE NOW SCHEDULED FOR JUNE 24, 2026 AT 2:00 P.M.

Now comes the Defendant, Athanasios Vorvis, and moves this Honorable Court to reschedule the ADR Status Conference that is currently scheduled in this matter for June 24, 2026, at 2:00 p.m., to a date during the week of June 29, 2026. As reasons being therefore, the Defendant states that this matter was originally scheduled for an ADR Status Conference on June 18, 2026 at 1:00 p.m., which hearing was necessitated by the Plaintiff's failure to work cooperatively in bringing this matter to resolution, after a settlement had been reached at an ADR Hearing that was conducted on May 26, 2026. More specifically, after being provided with a draft of a proposed Settlement Agreement, the Plaintiff took issue with various sections of the preamble which provided the backdrop against which the Plaintiff's claims were asserted[1]. After Counsel for the Defendant

---

[1] Among the sections of the preamble that the Plaintiff took issue with, was the statement that the Defendant's position was that the reason the Defendant did not rent to the Plaintiff, was because the Plaintiff did not submit the required application. The Plaintiff took issue with this despite the fact that the preamble did not suggest that the Plaintiff agreed with the Defendant in this regard, and despite the fact that the Plaintiff admitted in the Complaint which he filed in State Court in

1

pointed out that the preamble was needed in order to establish what brought the Parties to the place that they were at the time that a settlement was reached, the Plaintiff sent a revised Settlement Agreement back to Counsel for the Defendant, with a Motion via which the Plaintiff apparently intends to seek sanctions against the Defendant and his Counsel, based on the Defendant's failure to effectuate settlement within the fourteen days that the Judge referred to at the time that settlement was reached[2]. Clearly, it can not be reasonably suggested that the Judge's intent was to suggest that the Defendant make payment to the Plaintiff, in settlement of this matter, before a Settlement Agreement was signed, and no Settlement Agreement was signed during the fourteen day period that followed the ADR Hearing that was conducted on May 26, 2026.

Given that it is impossible to interact with the Plaintiff without him suggesting that he has been grievously wronged, it is apparent that this matter can not be brought to complete resolution without the Parties appearing in Court. An ADR Status Conference was originally scheduled for June 18, 2026, to allow the Court to provide guidance to allow the Parties to reach resolution. The Defendant resides in New York, and traveled to Boston for the purposes of attending the ADR Status Conference that was scheduled for June 18, 2026. Less than two hours before the scheduled hearing, Counsel for the Defendant was informed that the hearing would not be proceeding, and that instead it would be rescheduled to June 24, 2026, at 2:00 p.m. The Defendant is employed by Amazon Retail, and PTO/Travel is not permitted the week of Prime Days, which include June 23,

---

association with his interaction with the Defendant, that he in fact did not submit the required application.

[2] During the interaction that had occurred between Counsel for the Defendant and the Plaintiff in association with rescheduling the ADR Status Conference, the Plaintiff has now presented Counsel for the Defendant with a Complaint and Civil Action Cover Sheet for a case that the Plaintiff now apparently is attempting to initiate against Counsel for the Defendant, based on interaction which he has had with Counsel for the Defendant's staff. Counsel for the Defendant's staff, is extremely intimidated by the Plaintiff and it is becoming impossible to have any interaction with the Plaintiff which does not involve the Plaintiff alleging that he has been wronged, when in fact it is the Plaintiff who has been acting inappropriately.

2026 through June 26, 2026. As such the Defendant's work requirements prevent him from attending the ADR Status Conference scheduled for June 24, 2026, and the Defendant is compelled to respectfully request that the ADR Status Conference be rescheduled to sometime during the week of June 29, 2026.

WHEREFORE, the Defendant prays that this Honorable Court reschedule the ADR Status Conference currently scheduled for June 24, 2026, at 2:00 p.m., to a date and time during the week of June 29, 2026.

Respectfully Submitted,
Defendant,
Athanasios Vorvis
By His Attorney,

Karl F. Stammen, Jr., Esq.
Stammen & Associates
101 Federal Street, Suite 1900
Boston, MA 02110
BBO# 555537
Tel: (617) 227-8050
Fax: (617) 204-5719
Email: stammenlaw@gmail.com

Dated: June 22, 2026

CERTIFICATE OF SERVICE

I, Karl F. Stammen, Jr., Esq., certify that I caused to be served a true copy of the Defendant's Motion to Reschedule the ADR Status Conference Now Scheduled for June 24, 2026, at 2:00 p.m., by email, upon the following, Pro Se Plaintiff, Dan Howitt, 37 Bay State Road #5, Boston, MA 02215, dancambridge0@gmail.com

Karl F. Stammen, Jr., Esq.

Dated: June 22, 2026

4