# UNITED STATES DISTRICT COURT
### For the
### District of Massachusetts

**Case No. 1:24-CV-12994-ADB**

|  |  |
|---|---|
| **Dan Howitt** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
|  | ) |
| **V.** | ) |
|  | ) |
| **Athanasios Vorvis** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

## DEFENDANT'S MOTION TO HAVE THE ADR STATUS CONFERENCE NOW SCHEDULED FOR JULY 15, 2026 AT 2:00 P.M. VIA ZOOM, CONDUCTED IN PERSON

Now comes the Defendant, Athanasios Vorvis, and moves this Honorable Court to issue an Order that the ADR Status Conference that is currently scheduled in this matter for July 15, 2026, at 2:00 p.m. via Zoom, be conducted in person. As reasons being therefore, the Defendant states that an ADR Status Conference was originally scheduled in this matter for June 18, 2026, at 1:00 p.m., which hearing was necessitated by the Plaintiff's failure to work cooperatively to effectuate the settlement which had been reached at an ADR Hearing, that was conducted on May 26, 2026. Given that it is nearly impossible to interact with the Plaintiff, without him suggesting that he has been grievously wronged, it became apparent that the settlement which the Parties have reached could not be effectuated, without the Parties appearing in person in Court. After an ADR Status Conference was scheduled in person, for June 18, 2026, to allow the Court to assist the Parties in effectuating their settlement, the Defendant, who resides in New York, traveled to Boston for the purpose of attending the ADR Status Conference, and less than two hours before the

1

scheduled hearing, Counsel for the Defendant was informed that the ADR Status Conference would not be proceeding as scheduled, and that instead, it would be rescheduled to June 24, 2026, at 2:00 p.m., and conducted in person at that time. The Defendant is employed by Amazon Retail, and PTO/Travel was not permitted during the week of "Prime Days", which during the month of June, included June 23, 2026 through June 26, 2026. As a result, the Defendant, was unable to attend the ADR Status conference then scheduled in person for June 24, 2026 at 2:00 p.m., and was forced to seek a continuance of that Settlement Conference, which he did via Motion filed on June 22, 2026. The Court allowed the Defendant's Motion to Reschedule the Status Conference then scheduled for June 24, 2026, at 2:00 p.m., in person, and when it did, it rescheduled the ADR Status Conference for July 15, 2025, but erroneously Ordered that it be conducted via Zoom, rather than in person. Given the difficulties that the Defendant and his Counsel have experienced in interacting with the Plaintiff, it is clear that effectuating the settlement which the Parties have reached, can only occur if the Parties appear in person for the ADR Status Conference, and because that is true, the Defendant is by this Motion requesting that the July 15, 2026 ADR Status Conference be conducted in person[1].

WHEREFORE, the Defendant prays that this Honorable Court issue an Order that the ADR Status Conference currently scheduled for July 15, 2026 at 2:00 p.m. via Zoom, be conducted in person rather than via Zoom, as it is currently scheduled to be conducted.

---

[1] It is important to note that during the interaction that occurred between Counsel for the Defendant and the Plaintiff in association with the rescheduling of the ADR Status Conference, the Plaintiff presented Counsel for the Defendant, with a Complaint and Civil Action Cover Sheet for a case that the Plaintiff now apparently is attempting to initiate against Counsel for the Defendant, (which action is barred by the litigation privilege. See Bassichis v. Flores 490 Mass. 143, 150 (2022)), based on interaction with he has had with Counsel for the Defendant's staff. Counsel for the Defendant's staff is extremely intimidated by the Plaintiff, and it has become impossible to have any interaction with the Plaintiff, which does not involve the Plaintiff alleging that he has been wronged, when in fact it has been the Plaintiff who has been acting inappropriately.

Respectfully Submitted,
Defendant,
Athanasios Vorvis
By His Attorney,

Karl F. Stammen, Jr., Esq.
Stammen & Associates
101 Federal Street, Suite 1900
Boston, MA 02110
BBO# 555537
Tel: (617) 227-8050
Fax: (617) 204-5719
Email: stammenlaw@gmail.com

Dated: July 8, 2026

## CERTIFICATE OF SERVICE

I, Karl F. Stammen, Jr., Esq., certify that I caused to be served a true copy of the Defendant's Motion to Have the ADR Status Conference Now Scheduled For July 15, 2026 at 2:00PM, Conducted In Person, by email, upon the following, Pro Se Plaintiff, Dan Howitt, 37 Bay State Road #5, Boston, MA 02215, dancambridge0@gmail.com

Karl F. Stammen, Jr., Esq.

Dated: July 8, 2026