UNITED STATES DISTRICT COURT,  MASSACHUSETTS

_____

Dan Howitz,

                              Plaintiff,                                                    1:24CV12994ADB

v

Athanasios Vorvis,

                              Defendant.
_____

PLAINTIFF'S REPLY TO DEFENDANT'S #66 MOTION

        Defendant's attorney Karl Stammin mentions in a footnote that I sent him a proposed federal complaint against his one and only assistant, and did not provide my basis for it, namely that I have a legal recording of my telephone call with her in which she firstly engages in caustic abuse of me regarding my polite presentation to her about why I was calling for Mr. Stammen, and then says to me "You have a mental deficiency", which is of illegal discrimination per MGL c272 s98 and 42 USC s12182, and commits IIED against me.  I will be filing this complaint and demand for $100,000 shortly.  Mr. Stammen, as I demonstrate in my recent array of filings about him, is a pervasive chronic abuser via unending contrivances that are designed to attempt to succeed in his client absconding, and designed to forestall court proceedings, orders, deadlines, etc, and to falsely ennoble him and his client.  Also the judge has already granted me a virtual hearing.


Submitted by,

Dan Howitt, 7/8/25
Certificate Of Service: Today I served defendant's attorney Karl Stammen this document by efile.

1